MICHAEL A. LADRA, SBN 64307
DAVID H. KRAMER, SBN 168452
MICHAEL B. LEVIN, SBN 172329
CHRISTOPHER R. PARRY, SBN 209858
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Plumtree Software, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATAMIZE, L.L.C., a Wyoming limited liability corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>PLUMTREE SOFTWARE, INC., a Delaware corporation,<br><br>  Defendant. | CASE NO.: C02-5693 VRW<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL B. LEVIN IN SUPPORT OF PLUMTREE'S REPLY BRIEF FOR MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS** |

I, Michael B. Levin, declare:

1. I am an attorney with the law firm of Wilson Sonsini, Goodrich & Rosati ("WSGR"), counsel of record for defendant Plumtree Software, Inc. ("Plumtree"). I am admitted to practice before the courts of the State of California and before the Northern District of California. I have personal knowledge regarding, and if called as a witness could testify competently to, the facts contained in this declaration.

2. Attached as Exhibit M is a true and correct copy of excerpts of the deposition transcript of Datamize's expert, Jeremy Rosenblatt, taken on May 13, 2004.

3. Attached as Exhibit N is a true and correct copy of exhibit 14, "Aesthetic Measures for Assessing Graphic Screens" article by David Chek Ling Ngo, Azman Samsudin and Rosni Abdullah published in 2000 from the deposition of Datamize's expert, Jeremy Rosenblatt, taken on May 13, 2004.

4. Attached as Exhibit O is a true and correct copy of U.S. Patent No. 4,237,482.

5 Attached as Exhibit P is a true and correct copy of U.S. Patent No. 4,959,801.

6. On May 17, 2004, Datamize and Plumtree filed their Pat. L.R. 4-3 Joint Claim Construction and Prehearing Statement. Attached as Exhibit Q is a true and correct copy of the parties' Pat. L.R. 4-3 Joint Claim Construction and Prehearing Statement, re-filed on May 18, 2004 due to an e-filing error.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of May, 2004.

                                                                        /s/ Michael B. Levin  
                                                                          Michael B. Levin